AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____\*\*\*\*\*_____DISTRICT OF\_\_NEVADA_____

DAVID VILLEGAS,

                Petitioner,                JUDGMENT IN A CIVIL CASE

v.

                                        CASE NUMBER:  **3:16-cv-00032-HDM-VPC**

HAROLD WICKHAM, et al.,

                Respondent(s).

\_\_     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_     **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Respondents' motion to dismiss (ECF No. 17) is **granted.**  This action is **dismissed** for failure to exhaust available state-court remedies.
      **IT IS FURTHER ORDERED** that a certificate of appealability is **denied.**

August 2, 2016                           **LANCE S. WILSON**
                                        Clerk

                                   /s/ K. Rusin
                                   Deputy Clerk